IN THE MATTER OF THE ESTATE
OF FRANK RINALDO, DECEASED.

*Mr. Donald W. Rinaldo* for the petitioner.

*Mr. Ronald F. Esposito* for the respondent.

October 18, 1966. Denied.

JOHN R. RYAN, T/A ALLEN T. COMPANY, PLAINTIFF-RESPONDENT, v. BOARD OF ADJUSTMENT, OF THE TOWNSHIP OF WOODBRIDGE, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Norman Robbins* and *Mr. Edmund Vitale, Jr.* for the petitioners.

*Mr. Francis C. Foley* and *Mr. William H. Gazi* for the respondent.

October 18, 1966. Granted.

THE STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. CHESTER OLIVER, DEFENDANT-RESPONDENT.

*Mr. Edward J. Dolan* and *Mr. Jonathan M. Heilbrunn* for the petitioner.

*Messrs. Spritzer & Spritzer* for the respondent.

October 18, 1966. Granted.